No. 01–7332. STITT v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to file presentence report under seal granted. Certiorari denied.

No. 01–9316. OKEN v. MARYLAND. Ct. App. Md. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.